UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NEAL-ANDERSON,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>Respondent. | No. 2:15-cv-1218 CKD P<br><br><br><br>ORDER |

Petitioner has filed three documents in which he indicates he has not received a copy of respondent's answer despite the fact that the answer was filed on November 10, 2015.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent shall forthwith serve a copy of the answer filed on November 10, 2015 upon petitioner and file a certificate of service with the court;

    2. Petitioner is granted until January 15, 2016 to file his traverse; and

    3. The Clerk of the Court is directed to administratively terminate the three "motions" filed by petitioner on December 9, 2015 (ECF Nos. 17, 18 & 19).

Dated: December 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/neal1218.ans