UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NEAL-ANDERSON, | No. 2:15-cv-1218 TLN DB P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Petitioner seeks leave to file an oversize traverse. As there is no page limit on the filing of this brief, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 26) is denied as moot.

Dated: November 18, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;neal1218.brf

1